# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129389

DELON SHANDELL GRANT,
     Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
     Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129389
COA: 263353
Macomb CC: 2005-001058-AH

_____/

On order of the Court, the application for leave to appeal the August 10, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

s1219